Sophia Lundquist, appellee, v. Chicago Railways Company et al., trading as Chicago Surface Lines, appellants. Gen. No. 25,620.

Suit for damages for personal injuries sustained by premature starting of street car. Judgment for plaintiff after remittitur. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Thomson, J., dissenting. Opinion filed June 18, 1921.

Charles LeRoy Brown, for appellants; John R. Guilliams and Franklin B. Hussey, of counsel. Charles C. Spencer and Arthur A. House, for appellee; Nathan E. Utt, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Cherubimi Jacobucci, appellant, v. Agar Provision Company et al., appellees. Gen. No. 25,628.

Suit for malicious prosecution on a charge of receiving stolen property. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Samuel B. Hill, for appellant. Henry J. and Charles Aaron and William H. Holly, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

Edward Walsh, appellee, v. Chicago Railways Company and Chicago City Railway Company, appellants. Gen. No. 25,655.

Suit for personal injuries to a policeman resulting from being struck by the step of a street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Harry P. Weber, George W. Miller and Arthur J. Donovan, for appellants; John R. Guilliams and Charles L. Mahony, of counsel. Charles C. Spencer and Arthur A. House, for appellee; Nathan E. Utt, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Otto Schulz, appellant, v. William R. Nealeigh. Rosa Gleich, administratrix of the estate of Tobias C. Gleich, deceased, appellee, Gen. No. 25,664.

Garnishment proceeding. Garnishee discharged. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. George M. Stevens, Jr., for appellee; LeRoy V. Penwell, of counsel.